## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2326

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 7789], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and Boston Scientific Corporation, seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual cases listed on the attached Exhibit A.

ENTER: March 6, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| CASE NUMBER | CASE NAME |
| --- | --- |
| 16-cv-04829 | KAMINSKI, Lynda vs. Boston Scientific Corporation |
| 16-cv-02780 | KANDRACH, Robin Donna vs. Boston Scientific Corporation |
| 16-cv-05248 | KANSAY, Hatice and Muharren Kansay vs. Boston Scientific Corporation |
| 16-cv-09385 | KARROS, Rose Lee vs. Boston Scientific Corporation |
| 16-cv-08991 | KASEMEYER, Bonnie vs. Boston Scientific Corporation |
| 16-cv-09495 | KAUFMANN, Kathyrn vs. Boston Scientific Corporation |
| 15-cv-10339 | KAUFMANN, Michelle vs. Boston Scientific Corporation |
| 15-cv-14009 | KAVANAUGH, Diane vs. Boston Scientific Corporation |
| 16-cv-11971 | KAYA, Lisa vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-01052 | KEAGY, Denise vs. Boston Scientific Corporation |
| 16-cv-04438 | KEARNS, Anna and Richard Kearns vs. Boston Scientific Corporation |
| 14-cv-13949 | KECK, Lila Fay vs. Boston Scientific Corporation |
| 14-cv-11099 | KECKLER, Lisa and Jeffery Keckler vs. Boston Scientific Corporation |
| 14-cv-21321 | KEE, Valarie vs. Boston Scientific Corporation |
| 16-cv-09641 | KEELING, Karen vs. Boston Scientific Corporation |
| 14-cv-21117 | KEENE, Saundra F. and Robert Keene vs. Boston Scientific Corporation |
| 15-cv-08518 | KEETON, Tammy vs. Boston Scientific Corporation |
| 16-cv-08992 | KELEB, Becky and Konto Keleb vs. Boston Scientific Corporation |
| 14-cv-30535 | KELLEY, Andrea and Billy Kelley vs. Boston Scientific Corporation |
| 15-cv-14922 | KELLEY, Candy vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-10348 | KELLY, Joan vs. Boston Scientific Corporation |
| 16-cv-10293 | KELLY, Misty Michelle vs. Boston Scientific Corporation |
| 16-cv-09146 | KELLY, Terry vs. Boston Scientific Corporation |
| 16-cv-09642 | KENEBREW, Carol L. vs. Boston Scientific Corporation |
| 15-cv-08519 | KER, Lisa Ann and Cameron Ker vs. Boston Scientific Corporation |
| 14-cv-23626 | KERWOOD, Judith and Richard Kerwood vs. Boston Scientific Corporation |
| 16-cv-09148 | KESSLER, Lisa and Gregory Kessler vs. Boston Scientific Corporation |
| 15-cv-08520 | KEY, Alicia R. vs. Boston Scientific Corporation |
| 13-cv-33672 | KEYES, Cathay vs. Boston Scientific Corporation |
| 14-cv-30150 | KIEL, Stephanie vs. Boston Scientific Corporation |
| 17-cv-03228 | KILLEN-JONES, Blanche vs. Boston Scientific Corporation |

| 15-cv-10374 | KIMBRELL, Kim and Charles Paul Kimbrell vs. Boston Scientific Corporation |
| --- | --- |
| 16-cv-10861 | KINCELL, Diana vs. Boston Scientific Corporation |
| 16-cv-02253 | KING, Cynthia and Thomas King vs. Boston Scientific Corporation |
| 16-cv-09565 | KING, Teresa and Alan King vs. Boston Scientific Corporation |
| 14-cv-30300 | KING, Tracy vs. Boston Scientific Corporation |
| 14-cv-21032 | KING, Vickie D. vs. Boston Scientific Corporation |
| 13-cv-33677 | KIRBY, Angela vs. Boston Scientific Corporation |
| 16-cv-09643 | KIRCHMEYER, Judith vs. Boston Scientific Corporation |
| 16-cv-04439 | KIRVEN, Tonya and Leon Kirven vs. Boston Scientific Corporation |
| 15-cv-08961 | KNIGHT, Marilyn vs. Boston Scientific Corporation |
| 14-cv-11356 | KNORR, Jacqueline vs. Boston Scientific Corporation |

| 14-cv-22924 | KNOX, Kathy A. and Darrell Knox vs. Boston Scientific Corporation |
| 16-cv-09374 | KNOX, Pamela and Brad Knox vs. Boston Scientific Corporation |
| 15-cv-10706 | KNUTSON, Teri and Jeff Knutson vs. Boston Scientific Corporation |
| 16-cv-03753 | KOLBINSKY, Lorena and Eric Kolbinsky vs. Boston Scientific Corporation |
| 15-cv-15518 | KOMARIDIS, Kylie Renee vs. Boston Scientific Corporation |
| 16-cv-10390 | KONE, Karen vs. Boston Scientific Corporation |
| 15-cv-08964 | KOPPENHAVER, Kathleen and James Koppenhaver vs. Boston Scientific Corporation |
| 14-cv-29727 | KORBETT, Audrey Joan and Michael S. Korbett vs. Boston Scientific Corporation |
| 14-cv-30325 | KOSKA, Leah vs. Boston Scientific Corporation |
| 15-cv-09540 | KOUDELKA, Janice and Eugene Koudelka vs. Boston Scientific Corporation |
| 15-cv-14018 | KOZLOWSKI, Gail vs. Boston Scientific Corporation |

| | |
|---|---|
| 15-cv-08522 | KRAUS, Eileen D. vs. Boston Scientific Corporation |
| 15-cv-14058 | KREIMAN, Angela and Gary Kreiman vs. Boston Scientific Corporation |
| 16-cv-11553 | KUCHER, Frances vs. Boston Scientific Corporation |
| 15-cv-08972 | KUCIREK, Jeannette vs. Boston Scientific Corporation |
| 14-cv-30351 | KUHLE, Jacqueline and Joseph Andrew Kuhle, Jr. vs. Boston Scientific Corporation |
| 14-cv-22926 | KUNKEL, Dawn and Travis Kunkel vs. Boston Scientific Corporation |
| 14-cv-30805 | KWATERSKI, Mary Ann vs. Boston Scientific Corporation |
| 16-cv-10867 | LACKEY, Diana L. vs. Boston Scientific Corporation |
| 16-cv-09290 | LACY, Cynthia (Cyndi) vs. Boston Scientific Corporation |
| 16-cv-11866 | LAKE, Linda vs. Boston Scientific Corporation |
| 16-cv-12459 | LAMB, Stephanie vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-21450 | LAMBERT, Martha C. vs. Boston Scientific Corporation |
| 15-cv-10811 | LAMBERTI, Connie vs. Boston Scientific Corporation |
| 16-cv-10693 | LAMPE, Bonnie C. vs. Boston Scientific Corporation |
| 14-cv-12303 | LAMPLEY, Helen vs. Boston Scientific Corporation |
| 16-cv-02554 | LANE, Nancy vs. Boston Scientific Corporation |
| 15-cv-10707 | LANG, Sandra vs. Boston Scientific Corporation |
| 14-cv-20935 | LANGDON, Louella E. and Kenneth Langdon vs. Boston Scientific Corporation |
| 14-cv-29885 | LANGSTON, Annie L. vs. Boston Scientific Corporation |
| 16-cv-04981 | LANKFORD, Debra vs. Boston Scientific Corporation |
| 16-cv-05045 | LANOUE, Paula and Thomas Lanoue vs. Boston Scientific Corporation |
| 14-cv-21605 | LANTAU, Donna A. vs. Boston Scientific Corporation |

| 14-cv-31494 | LARGEN, Sharon and Willis Largen vs. Boston Scientific Corporation |
| 16-cv-04252 | LAROCHE, Karen and David Laroche vs. Boston Scientific Corporation |
| 16-cv-06126 | LAROCK, Rebecca and Thomas J. LaRock, Jr. vs. Boston Scientific Corporation |
| 16-cv-09162 | LAUREY, Jo Anne and George Laurey vs. Boston Scientific Corporation |
| 14-cv-21195 | LAVERDIERE, Robin vs. Boston Scientific Corporation |
| 15-cv-13753 | LAWHORNE, Velma vs. Boston Scientific Corporation |
| 16-cv-08993 | LAWRENCE, Rita vs. Boston Scientific Corporation |
| 16-cv-02247 | LAWSON, Beverly and James Lawson vs. Boston Scientific Corporation |
| 16-cv-05190 | LEARN, Cindy vs. Boston Scientific Corporation |
| 16-cv-12472 | LEE, Amanda vs. Boston Scientific Corporation |
| 14-cv-12538 | LEE, Elsie E. and Michael Lee vs. Boston Scientific Corporation |

| | |
|---|---|
| 17-cv-02968 | LEE, Mary Jo vs. Boston Scientific Corporation |
| 14-cv-23169 | LEE, Susan M. vs. Boston Scientific Corporation |
| 15-cv-14758 | LEEK, Lisa Marie and Robert Leek vs. Boston Scientific Corporation |
| 14-cv-21148 | LEEPER, Bonnie and John Leeper vs. Boston Scientific Corporation |
| 13-cv-33684 | LeFRANCOIS, Tina vs. Boston Scientific Corporation |
| 14-cv-21393 | LEGRAND, Iris vs. Boston Scientific Corporation |
| 14-cv-31495 | LEGROS, Debra and David G. Legros vs. Boston Scientific Corporation |
| 16-cv-04086 | LENTZ, Helen vs. Boston Scientific Corporation |
| 14-cv-30380 | LEONARD, Robin and Jeff Leonard vs. Boston Scientific Corporation |
| 16-cv-09106 | LEQUIEU, Charlotte vs. Boston Scientific Corporation |
| 13-cv-33689 | LESTER, Misty vs. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |

| 15-cv-14457 | LEVIN, Pamela J. and Bruce Levin vs. Boston Scientific Corporation |
|---|---|
| 16-cv-02206 | LEWIS, Alma vs. Boston Scientific Corporation |
| 14-cv-21386 | LEWIS, Sharon and Adam J. Lewis vs. Boston Scientific Corporation |
| 16-cv-08994 | LEWIS, Virginia and William D. Lewis, Sr. vs. Boston Scientific Corporation |
| 16-cv-03109 | LINCECUM, Cheryl and Joseph Lincecum vs. Boston Scientific Corporation |
| 16-cv-09065 | LINDSEY, Elizabeth K. and Harvey E. Lindsey, Jr. vs. Boston Scientific Corporation |
| 14-cv-18553 | LINDSEY, Ollie vs. Boston Scientific Corporation |
| 15-cv-08713 | LINDSEY, Shelia and Jerry Lindsey vs. Boston Scientific Corporation |
| 15-cv-09355 | LINGENFELTER, Irene vs. Boston Scientific Corporation |
| 14-cv-13972 | LINGENFELTER, Laura vs. Boston Scientific Corporation |
| 16-cv-02558 | LINK, Judy and James Link vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-30823 | LINZEY, Barbara vs. Boston Scientific Corporation |
| 16-cv-02207 | LIPAN, Mary and Randy Lipan vs. Boston Scientific Corporation |
| 16-cv-09173 | LIPINSKI, Linda and Richard Lipinski vs. Boston Scientific Corporation |
| 16-cv-04276 | LISCUM, Ruth vs. Boston Scientific Corporation |
| 16-cv-02208 | LITTLE, Hazel A. vs. Boston Scientific Corporation |
| 13-cv-33694 | LIVENGOOD, Amanda B. vs. Boston Scientific Corporation |
| 14-cv-12331 | LOCKLAR, Nancy vs. Boston Scientific Corporation |
| 14-cv-31478 | LOCKLEAR, Sara and Eric G. Locklear vs. Boston Scientific Corporation |
| 16-cv-08632 | LOEWEN, Kim vs. Boston Scientific Corporation |
| 16-cv-08995 | LOMBARDO, Cindy and John Lombardo vs. Boston Scientific Corporation |
| 14-cv-30537 | LONG, Jeanie vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-07734 | LONG, Jodi vs. Boston Scientific Corporation |
| 15-cv-08524 | LONG, Joy vs. Boston Scientific Corporation |
| 16-cv-08998 | LOPEZ, Maria and Eddie Lopez vs. Boston Scientific Corporation |
| 15-cv-08715 | LOPEZ, Zenaida vs. Boston Scientific Corporation |
| 14-cv-22935 | LOTT, Tara Marie and Steven Lott vs. Boston Scientific Corporation |
| 16-cv-09645 | LOVELL, Brenda F. vs. Boston Scientific Corporation |
| 16-cv-06549 | LOWE, Shirley Dianne vs. Boston Scientific Corporation |
| 14-cv-29886 | LOWERY, Kelly and Steve Lowery vs. Boston Scientific Corporation |
| 14-cv-12453 | LUCAS, Barbara Gay and David C. Lucas vs. Boston Scientific Corporation |
| 14-cv-29812 | LUCAS, Kristen and Johnathan Lucas vs. Boston Scientific Corporation |
| 14-cv-22629 | LUCERO, Tina and Samuel Jeffers vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-10352 | LUCK, Lisa vs. Boston Scientific Corporation |
| 15-cv-10708 | LUGO, Eymee vs. Boston Scientific Corporation |
| 14-cv-23660 | LUKAS, Patricia M. vs. Boston Scientific Corporation |
| 15-cv-09360 | LUNDERVILLE, Stormie vs. Boston Scientific Corporation |
| 14-cv-23702 | LUTZ, Lisa and Michael J. Lutz vs. Boston Scientific Corporation |
| 15-cv-14951 | LYBARGER, Betty vs. Boston Scientific Corporation |
| 16-cv-09261 | LYNCH, Joanne and David Lynch vs. Boston Scientific Corporation |
| 16-cv-12110 | LYONS, Kimberly vs. Boston Scientific Corporation |
| 16-cv-05503 | LYONS, Patricia and Larry Lyons vs. Boston Scientific Corporation |
| 14-cv-12048 | MACIAS, Debra Ann vs. Boston Scientific Corporation |
| 14-cv-13831 | MACON, LaShawna and Daniel Scott Macon vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-02250 | MADISON, Theresa A. and Ron A. Madison vs. Boston Scientific Corporation |
| 16-cv-09449 | MADONNA, Sandra vs. Boston Scientific Corporation |
| 16-cv-09646 | MADSEN, Kathleen vs. Boston Scientific Corporation |
| 15-cv-09332 | MAEDER, Cora vs. Boston Scientific Corporation |
| 14-cv-30225 | MAES, Donna vs. Boston Scientific Corporation |
| 15-cv-08721 | MAINIERI, Susan vs. Boston Scientific Corporation |
| 14-cv-23661 | MANGRICH, Angela vs. Boston Scientific Corporation |
| 14-cv-30640 | MAPES, Kelly vs. Boston Scientific Corporation |
| 15-cv-08723 | MAPES, Sarah vs. Boston Scientific Corporation |
| 15-cv-16444 | MARCOUX-DORLEY, Candice and Robert Dorley vs. Boston Scientific Corporation |
| 14-cv-29952 | MARINO, Sherri and Jeffrey Marino vs. Boston Scientific Corporation |

| 16-cv-05547 | MARQUEZ, Santa vs. Boston Scientific Corporation |
|---|---|
| 16-cv-09259 | MARRAH, Delphine vs. Boston Scientific Corporation |
| 16-cv-05625 | MARRERO, Zoraida and Eduardo Marrero vs. Boston Scientific Corporation |
| 16-cv-04254 | MARRIOTT, Debra and Donald Marriott vs. Boston Scientific Corporation |
| 16-cv-09110 | MARSH, Mary vs. Boston Scientific Corporation |
| 16-cv-05368 | MARTENSEN, Marlys and Myron Martensen vs. Boston Scientific Corporation |
| 14-cv-13243 | MARTIN, Bonnie L. vs. Boston Scientific Corporation |
| 16-cv-02439 | MARTIN, Dorothy vs. Boston Scientific Corporation |
| 15-cv-15324 | MARTIN, Erin vs. Boston Scientific Corporation |
| 15-cv-08725 | MARTIN, Karen vs. Boston Scientific Corporation |
| 16-cv-12112 | MARTIN, Rebecca vs. Boston Scientific Corporation |

| 14-cv-29889 | MARTIN, Sharon and Gary D. Martin vs. Boston Scientific Corporation |
| 16-cv-02209 | MARTIN, Sheela vs. Boston Scientific Corporation |
| 16-cv-03047 | MARTINEZ, Amber and Rick Martinez vs. Boston Scientific Corporation |
| 15-cv-16275 | MARZAHL, Amy Lynn and Jason Marzahl vs. Boston Scientific Corporation |
| 14-cv-23670 | MASON, Carolyn vs. Boston Scientific Corporation |
| 14-cv-29687 | MATHENA, Mary Louise and Donald Allen Mathena vs. Boston Scientific Corporation |
| 14-cv-29819 | MATHIS, Emma vs. Boston Scientific Corporation |
| 16-cv-11427 | MATTHIAS, Tonia vs. Boston Scientific Corporation |
| 14-cv-12777 | MATTOX, Lorri Rose vs. Boston Scientific Corporation |
| 15-cv-08767 | MAUL, Amy vs. Boston Scientific Corporation |
| 15-cv-15326 | MAXWELL, LuAnn vs. Boston Scientific Corporation |

| 15-cv-10711 | MAYBURY, Kathy vs. Boston Scientific Corporation |
|---|---|
| 15-cv-09607 | MAYES, Leanna and Calvin Mayes vs. Boston Scientific Corporation |
| 15-cv-14463 | MAYLE, Debbie J. vs. Boston Scientific Corporation |
| 15-cv-14464 | MCADAMS, Joan and George McAdams vs. Boston Scientific Corporation |
| 14-cv-21121 | MCALISTER, Linda vs. Boston Scientific Corporation |
| 15-cv-09365 | MCALLISTER, Carolyn vs. Boston Scientific Corporation |
| 15-cv-15543 | MCATEE, Tammy Lee vs. Boston Scientific Corporation |
| 16-cv-11557 | MCBRIDE, Alicia vs. Boston Scientific Corporation |
| 15-cv-08769 | MCCARTER, Anna vs. Boston Scientific Corporation |
| 14-cv-21361 | MCCLAIN, Destini Marie vs. Boston Scientific Corporation |
| 14-cv-12807 | MCCOMAS, Beverly Rose vs. Boston Scientific Corporation |

| 15-cv-09367 | MCCONICO, Jane vs. Boston Scientific Corporation |
| 16-cv-06576 | MCCORD, Diane and Jerry McCord, Sr. vs. Boston Scientific Corporation |
| 16-cv-04692 | MCCULLOUGH, Karen and W. Ray McCullough vs. Boston Scientific Corporation |
| 14-cv-11364 | MCDANIEL, Charol vs. Boston Scientific Corporation |
| 16-cv-02210 | MCDANIEL, Sandra and Verle McDaniel vs. Boston Scientific Corporation |
| 14-cv-21337 | MCDERMITT-WEBER, Eileen R. and Howard R. Weber vs. Boston Scientific Corporation |
| 15-cv-08772 | MCDONALD, Robin vs. Boston Scientific Corporation |
| 14-cv-31303 | MCFALL, Carla Ann and Henry Lee McFall vs. Boston Scientific Corporation |
| 15-cv-08384 | MCFARLAND, Marilyn Mae vs. Boston Scientific Corporation |
| 15-cv-14466 | McGann, Kathleen and John McGann vs. Boston Scientific Corporation |
| 15-cv-09370 | MCGINNIS, Linda vs. Boston Scientific Corporation |

| 15-cv-10354 | MCGRIFF, Monica vs. Boston Scientific Corporation |
|---|---|
| 15-cv-10712 | MCGUIRE, Diana vs. Boston Scientific Corporation |
| 16-cv-06201 | MCINERNEY, Charlene and James McInerney vs. Boston Scientific Corporation |
| 14-cv-30637 | MCKNIGHT, Madonna vs. Boston Scientific Corporation |